THE PEOPLE OF THE STATE OF ILLINOIS, Respondent-Appellee, *v.* ROBERT REED, Petitioner-Appellant.

(No. 72-96; )

Second District—November 17, 1972.

Opinion by Mr. JUSTICE THOMAS J. MORAN.

Kenneth L. Gillis, of Defender Project, of Chicago, for appellant.

William J. Scott, Attorney General, of Springfield, and Philip G. Reinhard, State's Attorney, of Rockford, (James B. Zagel, Assistant Attorney General, of counsel,) for the People.